AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _filed in open court 11/19/04_

**APPEARANCE**

Case Number: 04-10345-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Rasheed Quraishi for purposes of th initial appearance only.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/19/04 | _[signature]_ |
| Date | Signature |
| | Nicholas A. Klinefeld 647422 |
| | Print Name / Bar Number |
| | 170 Federal St. |
| | Address |
| | Boston  MA  02110 |
| | City / State / Zip Code |
| | 617-338-9300 |
| | Phone Number |
| | 617-338-9411 (Fax) |