UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 04-10345-NMG |
| MOHAMMED ABDUL RASHEED QURAISHI, ) | |
| ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI, and ) | |
| ) | |
| MOHAMMED ABDUL AZIZ QURAISHI ) | |

**DEFENDANT MOHAMMED ABDUL RASHEED QURAISHI'S
MOTION FOR CONTINUANCE**

Defendant Mohammed Abdul Rasheed Quraishi, by and through his attorneys, hereby moves the Court to continue the detention hearing currently scheduled for 3:15 p.m. on November 29, 2004 to 3:00 p.m. on November 30, 2004.

By his attorneys,

/s/ Nicholas A. Klinefeldt
Frank A. Libby, Jr., (BBO #299100)
Nicholas A. Klinefeldt (BBO # 647422)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA. 02110
(617) 338-9300

November 29, 2004