AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MOHAMMED ABDUL RASHEED QURAISHI
UNKNOWN ADDRESS
DOB: 4/25/71

**WARRANT FOR ARREST**

CASE NUMBER: 04-10345-NMG

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
2004 NOV 18 P 3:50
U.S. MARSHAL SERVICE
BOSTON, MA

YOU ARE HEREBY COMMANDED to arrest Mohammed Abdul Rasheed Quraishi
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Encouraging and inducing aliens to reside in U.S.

in violation of
Title  8  United States Code, Section(s) 1324(a)(1)(A)(iv)

Sheila / Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

11-18-04    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/19/04 | |

This form was electronically produced by Elite Federal Forms, Inc.