AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

United States
v.
Mohammed Abdul Rasheed
Quraishi, et al.

*filed in open court 12/2/04*

**APPEARANCE**

Case Number: 04-10345-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mohammed Abdul Qayium Quraishi* (*for purposes of bail hearing only)
Mohammed Abdul Aziz Quraishi

I certify that I am admitted to practice in this court.

Date: 12/2/04

Signature: /s/ Michael J. Connolly

Print Name: Michael J. Connolly
Bar Number: BBO# 638611

Address: Hinckley, Allen & Snyder LLP
28 State Street

City: Boston    State: MA    Zip Code: 02109

Phone Number: (617) 345-9000
Fax Number: (617) 345-9020