AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MA

UNITED STATES

V.

RASHEED QURAISHI

**EXHIBIT AND WITNESS LIST**

Case Number:  04-10345-NMG

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>WEST | DEFENDANT'S ATTORNEY<br>KLINEFELDT, LIBBEY |
|---|---|---|
| TRIAL DATE (S)<br>12/3/2004 | COURT REPORTER | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  | Witnesses |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
| 1 |  | 12/3/04 | X | X | Memorandum for Russell Walker |
| 2 |  | 12/3/04 | X | X | Letter to Paul E. Novak from Arifa Quaraishi |
| 3 |  | 12/3/04 | X | X | Petition to Remove the Conditions on Residence |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages