

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 16, 2004

Michael Connolly
Hinckley, Allen and Snyder, LLP
25 State Street
Boston, MA 02109-1775

Kevin Plante
Hinckley, Allen and Snyder, LLP
25 State Street
Boston, MA 02109-1775

Frank Libby
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110

**RE:  United States v. Quraishi, et al.,**
**     Cr. No. 04-10345-NMG**

Dear Attorneys:

   In the course of the investigation, recorded conversations were made of Aziz Quaraishi and a cooperating witness and Qayium Quraishi and a cooperating witness.  It is the government's intention to seek a protective order precluding you and your clients from sharing the substance of those conversations and the identity of the cooperating witness with any third party on the grounds that such disclosure would pose a risk of harm to the witness. Attached is a draft order.

Page 2

Please let me know whether you assent.  Thank you.

                                        Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:
                                        <u>/s/ Kimberly P. West</u>
                                        KIMBERLY P. WEST
                                        Assistant U.S. Attorney

cc:  Lisa Rowland
     Clerk to the Honorable Charles B. Swartwood