UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) </br> ) </br> )   No. 04-10345-NMG </br> ) |
| v. | ) </br> ) |
| MOHAMMED ABDUL RASHEED QURAISHI | ) |

## NOTICE OF APPEARANCE

**TO THE CLERK AND ALL PARTIES OF RECORD:**

**Kindly** enter the appearance of Frank A. Libby, Jr. as counsel to Mohammed Abdul Rasheed Quaraishi in the above-captioned matter.

/s/ Frank A. Libby, Jr.
Frank A. Libby, Jr. (BBO No. 299100)
**KELLY, LIBBY & HOOPES, P.C.**
175 Federal Street
Boston, MA 02110
(617) 338-9300

Dated: December 20, 2004