# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>v. )<br><br>MOHAMMED ABDUL RASHEED QURAISHI, )<br>MOHAMMED ABDUL QAYIUM QURAISHI, )<br>MOHAMMED ABDUL AZIZ QURAISHI, )<br>      Defendants, ) | **CRIMINAL ACTION**<br>**NO. 04-10345-NMG** |

## INITIAL STATUS REPORT
### January 11, 2005

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has produced a substantial amount of discovery and counsel for the Defendants have requested additional time to review that discovery with their clients in order to determine whether or not further discovery requests will be necessary. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on February 11, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester,

Massachusetts.

     3.   <u>Excludable Time</u>

    With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from December 14, 2004 (date of expiration of prior order of excludable time) through February 11, 2005 (date by which the first phase of discovery shall be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, April 22, 2005</u>.

                         <u>/s/Charles B. Swartwood, III</u>
                         CHARLES B. SWARTWOOD, III
                         MAGISTRATE JUDGE