UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. 04-10345-NMG |
| v. ) | |
| ) | |
| MOHAMMED ABDUL RASHEED QUARAISHI ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI ) | |
| MOHAMMED ABDUL AZIZ QUARAISHI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Now come the undersigned Assistant United States Attorneys and hereby notice their appearance in the above-captioned matter in addition to Assistant United States Attorney Kimberly P. West.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Aloke Chakravarty
     ALOKE CHAKRAVARTY
     (617)748-3658

By:  /s/ Gregory Moffatt
     GREGORY MOFFATT
     Assistant U.S. Attorneys
     (617) 748-3370

February 10, 2005