UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | )  Crim. No. 04-10345-NMG |
| | ) |
| MOHAMMED ABDUL RASHEED QURAISHI | ) |
| MOHAMMED ABDUL QAYIUM QURAISHI | ) |
| MOHAMMED ABDUL AZIZ QURAISHI, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter.

           Respectfully submitted,

           MICHAEL J. SULLIVAN
           United States Attorney


By:    /s/ ALOKE CHAKRAVARTY
        Aloke Chakravarty
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        BBO# 637288
        617-748-3658

DATED: March 15, 2005