UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

```
_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
          v.                       )   CRIMINAL ACTION
                                   )   NO. 04-10345-NMG
MOHAMMED ABDUL RASHEED QURAISHI,   )
MOHAMMED ABDUL QAYIUM QURAISHI,    )
MOHAMMED ABDUL AZIZ QURAISHI,      )
          Defendants,              )
_____)
```

                          **STATUS REPORT**
                          April 4, 2005

**SWARTWOOD, C.M.J.**

     The following is a Status Report to Gorton, J. to whom this case is assigned:

     1.   <u>Discovery</u>

     This case involves a great many documents seized from Megasystems, Inc., a corporation in which all three Defendants were involved. Approximately thirteen boxes of documents were seized and have now been reviewed by both the Government and Defendants' counsel. However, computers were also seized in connection with this case and just recently, the Government released to Defendants' counsel copies of documents retrieved from these computers. Defendants' counsel have requested an extended period within which to review documents retrieved from Megasystems' computers. I have

granted that request.

2.   Further Status Conference

A further status conference shall be held in this case on June 2, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 31, 2005 (date of expiration of prior order of excludable time) through June 2, 2005 (date by which Defendants shall complete their review of discovery produced by the Government).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, August 11, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE