# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>         v.                       )<br>                                  )<br> MOHAMMED ABDUL RASHEED QURAISHI, )<br> MOHAMMED ABDUL QAYIUM QURAISHI,  )<br> MOHAMMED ABDUL AZIZ QURAISHI,    )<br>          Defendants,            )  | **CRIMINAL ACTION**<br>**NO. 04-10345-NMG** |

## STATUS REPORT
### July 12, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

This case involves a great deal of discovery involving voluminous documents and a forensic analysis of information contained on computer hard drives. Counsel for the parties have worked out a procedure for viewing discovery produced by the Government. Additionally, the Government intends to provide Defendants with supplemental discovery and to work out a procedure for the reviewing of that discovery with counsel for the Defendants. Once all of this has been accomplished, the Defendants have requested an extended period within which to review all

discovery produced by the Government with its clients. Therefore, I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on October 12, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 7, 2005 (date of expiration of prior order of excludable time) through October 12, 2005 (date by which the initial phase of discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, December 21, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE