# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred  **X**

**United States of America,**
    **Plaintiff**
        V.                   CR no.  **04CR-10345-001-NMG**

**Mohammed Abdul Rasheed Quraishi,**
    **Defendant**

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Chief Magistrate Judge **Swartwood** for the following proceedings:

**(A)**     **Determination (Order) on:**
       ( ) Rule 16(b) and/or Pretrial proceedings _____
       (X) Non dispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
         See Documents Numbered : *Docket No. 65, Sealed Motion*
       ( ) Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
**28 U.S.C. §636(b)(1)(A)**

**(B)**     **Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:**
       ( ) Motion(s) for injunctive relief
       ( ) Motion(s) for judgment on the pleadings
       ( ) Motion(s) for summary judgment
       ( ) Motion(s) to permit maintenance of a class action
       ( ) Motion(s) to suppress evidence
       ( ) Motion(s) to dismiss
         See Documents Numbered: _____

**(C)**     **Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:**
       ( ) In accordance with Rule 53, F.R.Civ.P.
       ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

**(D)**     **Special instructions** _____

**10/27/05**                                                    By :    **/s/ Craig J. Nicewicz**
**DATE**                                                            Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

                                                              Check if previously referred  **X**

**United States of America,**
    **Plaintiff**
        V.                                             CR no.  04CR-10345-001-NMG

**Mohammed Abdul Rasheed Quraishi,**
    **Defendant**

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Chief Magistrate Judge Swartwood for the following proceedings:

**(A)**  Determination (Order) on:

    ( )  Rule 16(b) and/or Pretrial proceedings

    (X)  Non dispositive pretrial and discovery motions(s) not listed in Paragraph (B) below

        See Documents Numbered :  *Docket No. 65, Sealed Motion*

    ( )  Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
**28 U.S.C. §636(b)(1)(A)**

**(B)**  Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:

    ( )  Motion(s) for injunctive relief

    ( )  Motion(s) for judgment on the pleadings

    ( )  Motion(s) for summary judgment

    ( )  Motion(s) to permit maintenance of a class action

    ( )  Motion(s) to suppress evidence

    ( )  Motion(s) to dismiss

        See Documents Numbered:

**(C)**  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:

    ( )  In accordance with Rule 53, F.R.Civ.P.

    ( )  In accordance with 42 U.S.C. §2000e-5(f)(5)

**(D)**  Special instructions

**10/27/05**                                                        By :    /s/ Craig J. Nicewicz
**DATE**                                                            **Deputy Clerk**

Case 1:04-cr-10345-NMG   Document 66   Filed 10/27/2005   Page 4 of 4