**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-10345-NMG |
| | ) |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) |
| MOHAMMED ABDUL QAYIUM QURAISHI, | ) |
| MOHAMMED ABDUL AZIZ QURAISHI. | ) |

**GOVERNMENT'S MOTION TO EXCLUDE TIME**

The United States of America respectfully moves that any delay between the referral of this matter from the Chief Magistrate Judge to the District Judge and the holding of a conference before the Court, be excluded from calculation for purposes of the Speedy Trial Act, insofar as such an exclusion would serve the ends of justice and is not outweighed by the best interests of the public and defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Aloke S. Chakravarty
ALOKE S. CHAKRAVARTY
Assistant U.S. Attorney

Date: October 28, 2005

**CERTIFICATE OF SERVICE**

    I, Aloke S. Chakravarty, Assistant U.S. Attorney, certify that I caused this motion to be served by first-class mail and electronic mail on the defendant's attorney:

Frank A. Libby, Jr.
Kelly, Libby & Hoopes
175 Federal Street
Boston, MA 02110

Michael J. Connolly
Hinckley, Allen & Snyder
28 State Street
Boston, MA 02109

Peter Gelhaar
Donnelly, Conroy & Gelhaar
One Beacon Street, 33rd Loor
Boston, MA 02108

on October 28, 2005.

                                                By: /s/ Aloke S. Chakravarty
                                                ALOKE S. CHAKRAVARTY
                                                Assistant U.S. Attorney