## DISCHARGE OF MORTGAGE

I, Sarah A. Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Mohammed Abdul Rasheed Quaraishi to the Clerk of the United States District Court of the Massachusetts, for property located at 1681 Bloomingdale Road, Glendale Heights, Illinois 60139 (Legal Description: Lot 44 in Block 2 of Raskin's 10th addition to Glendale Heights, a subdivision in the Southeast Quarter of Section 27, Township 40 North, Range 10 East of Third Principal Meridian, in DuPage County, Illinois), dated December 3, 2004, and recorded in the official records of the county DuPage, Illinois, with Permanent Index Number 02-27-402-002 and Document Number R2004-308858, acknowledge satisfaction of the same.

Witness my hand and seal this __6__ day of __December__, 2005.

_____
Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: __December 6, 2005__

Then personally appeared Sarah A. Thornton, Clerk, and acknowledge the foregoing to be her free act and deed before me.

_____
Notary Public
My commission expires:

DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012