UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 04-10345-NMG |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) |
| | ) |
| MOHAMMED ABDUL QAYIUM QURAISHI, and | ) |
| | ) |
| MOHAMMED ABDUL AZIZ QURAISHI | ) |

## MOTION TO WITHDRAW AS ATTORNEY

Attorney Nicholas A. Klinefeldt hereby seeks leave of the Court to withdraw as counsel in the above-captioned matter. Specifically, Attorney Klinefeldt is moving his practice out of Kelly, Libby & Hoopes, P.C. and to another state. However, Attorney Frank A. Libby, Jr. from Kelly, Libby & Hoopes, P.C. will remain as counsel in this matter. Wherefore, Attorney Klinefeldt respectfully requests that the Court grant him leave to withdraw.

Respectfully submitted,

/s/ Nicholas A. Klinefeldt  _____
Frank A. Libby, Jr., (BBO #299100)
Nicholas A. Klinefeldt (BBO # 647422)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA. 02110
(617) 338-9300

February 16, 2006