UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MOHAMMED ABDUL RASHEED QURAISHI, )<br>MOHAMMED ABDUL QAYIUM QURAISHI, and )<br>MOHAMMED ABDUL AZIZ QURAISHI, )<br>    Defendants. ) | Criminal No. 05-10345-NMG |

JOINT MOTION TO CONTINUE
SENTENCING

The parties hereby respectfully move this Court to continue the Sentencing in this matter from the currently scheduled date of April 14, 2006, to a date convenient to the Court. The parties propose a date during the week of July 17, 2006. As reasons therefore, the parties state that additional time is required to resolve issues previously made known to the Court. The parties further state that the U.S. Probation Department also agrees that additional time is appropriate in this case. The parties further state that allowance of this motion is in the best interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARTY
Assistant U.S. Attorney

By: /s/ Michael Connolly
Attorney for Aziz Quraishi

By: /s/ Frank Libby
Attorney for Rasheed Quraishi

By: /s/ Jill Brenner Meixel
Attorney for Qayium Quraishi

Date: February 21, 2006

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by electronic mail to:

        Michael Connolly, Esq.
        Hinckley, Allen & Snyder
        Mconnelly@haslaw.com

        Frank Libby, Esq.
        Kelly, Libby & Hoopes
        Falibby@klhboston.com

        Peter Gelhaar
        Donnelly, Conroy & Gelhaar
        peg@dcglaw.com

        Jill Brenner Meixel
        Donnelly, Conroy & Gelhaar
        Jbm@dcglaw.com

This 21st day of February, 2006.

        /s/ Aloke Chakravarty
        Aloke Chakravarty
        ASSISTANT UNITED STATES ATTORNEY
        Aloke.Chakravarty@usdoj.gov