UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>MOHAMMED ABDUL RASHEED )<br>QURAISHI, MOHAMMED ABDUL )<br>QAYIUM QURAISHI and MOHAMMED )<br>ABDUL AZIZ QURAISHI )<br>      Defendant. )<br> ) | Civil Action No. 04-10345-NMG |

### NOTICE OF APPEARANCE

Please note my appearance on behalf of Bank of America, N.A., which has an interest in the real property that is the subject of the Preliminary Order of Forfeiture issued by the Court on February 28, 2006.

                              BANK OF AMERICA, N.A.

                              By its attorney,

                              /s/ Bruce D. Berns
                              Bruce D. Berns (BBO# 551010)
                              Abendroth, Berns & Warner, LLC
                              47 Church Street, Suite 301
                              Wellesley, MA 02482
Date: April 18, 2006           (718) 237-9188