## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10345-NMG |
|---|---|
| DEFENDANT<br>**MOHAMMED ABDUL AZIZ QURAISHI** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>Frank A. Libby, Jr., Esquire, counsel for Mohammed Abdul Rasheed Quraishi |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code):<br>Kelly, Libby & Hoopes, P.C., 175 Federal Street, Boston, MA 02110 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-referenced individual by certified mail, return receipt requested.                                                                KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>March 3, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM | |
| | Please see Remarks | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | June 2006 | |

**REMARKS:**
Preliminary Order served as directed above by certified mail number 7001 2510 0003 4299 4542. Postal receipt copy attached showing delivery but "Date of Delivery" section is blank. The Postal receipt was returned to the U.S. Customs office on March 30, 2006.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. Case No. 04-10345NMG | A. Signature  X *Donna Orne*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Donna Orne*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Frank Libby, Jr., Esq.<br>Counsel for Mohammed Abdul Rasheed Quraishi<br>Kelly, Libby & Hoopes, P.C.<br>175 Federal St.<br>Boston, MA  02110 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service) | 7001 2510 0003 4299 4542 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here — JOHN F. KENNEDY BOSTON MA — MAR 24 2006

Sent To: Frank Libby Jr., Esq.
Street, Apt. No.; or PO Box No.: 175 Federal St.    02114
City, State, ZIP+4: Boston, MA  02110

7001 2510 0003 4299 4542