UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>MOHAMMED ABDUL RASHEED QURAISHI,<br>MOHAMMED ABDUL QAYIUM QURAISHI,<br>MOHAMMED ABDUL AZIZ QURAISHI,<br>    Defendants. | ) Criminal No. 04-10345-NMG<br>)<br>) <u>Record Owner</u>:<br>) Abdul A. Quiraishi<br>)<br>) <u>Property</u>:<br>) 38 Kevin Clancy Way<br>) Stoughton, Massachusetts<br>)<br>) <u>Quitclaim Deed</u><br>) Book 15017, Page 403 |

### **RELEASE OF _LIS PENDENS_**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the Lis Pendens against the real property, with all buildings, appurtenances, and improvements thereon, located at 38 Kevin Clancy Way, Stoughton, Massachusetts (the "Real Property"). For title to the Real Property, see Book 15017, Page 403, of the Norfolk County Registry of Deeds.

This Release is made pursuant to an Order Partially Vacating Preliminary Order of Forfeiture, only with respect to the Real Property.

The Lis Pendens was endorsed by the District Court on November 30, 2004, and was recorded on December 8, 2004, at the Norfolk County Registry of Deeds at Book 21860, Page 155.

Signed under the pains and penalties of perjury this 1st day of June, 2006.

                MICHAEL J. SULLIVAN
                United States Attorney

        By:/s/ Kristina E. Barclay
            Kristina E. Barclay
            Assistant U.S. Attorney
            1 Courthouse Way
            Suite 9200
            Boston, MA  02210
            (617) 748-3100

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                          Boston

    Then personally appeared the above named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 1st day of June, 2006.

                                      /s/ Nicole Swiec
                                      Notary Public
                                      My commission expires: 2/02/07

SO ORDERED AND ENDORSED:

/s/ Nathaniel M. Gorton
NATHANIEL M. GORTON
United States District Judge

Dated: 6/13/06