

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>Criminal Case No. 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>Assessor's Office |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code):<br>Town Hall, 801 Washington Street, Canton, MA 02021 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-referenced institution by certified mail, return receipt requested.                KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff   [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>March 27, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br><br>Please See Remarks | Time of Service<br><br> | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | | June 09, 2006 |

REMARKS:
Preliminary Order served as directed above by certified mail number 7001 2510 0003 4299 9295. Copy of Postal receipt attached showing receipt on 6/2/06.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT     ☐ FOR CASE FILE     ☐ LEAVE AT PLACE OF SERVICE     ☐ FILE COPY

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 2510 0003 4299 9295

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark: JOHN F. KENNEDY STA, BOSTON MA 02211, JUN 01 2006

Sent To: Assessor's Office
Street, Apt. No.; or PO Box No.: Town Hall 801 Washington ST.
City, State, ZIP+4: Canton, MA 02021

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 04-10345 NMG

1. Article Addressed to:

   Assessor's Office
   Town Hall
   801 Washington St.
   Canton, MA 02021

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☒ Addressee
B. Received by (Printed Name): [Velma Laffey]
C. Date of Delivery: 6/1

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from): 7001 2510 0003 4299 9295

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381