UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA                    )
                                            )
    v.                                      )   Crim. No. 04-10345-NMG
                                            )
MOHAMMED ABDUL RASHEED QURAISHI,            )
MOHAMMED ABDUL QAYIUM QURAISHI,             )
MOHAMMED ABDUL AZIZ QURAISHI,               )
                                            )
    Defendants                              )
_____)

### NOTICE OF APPEARANCE

Please enter my appearance in this action as counsel for the defendant

Mohammed Abdul Rasheed Quaraishi.

                    Respectfully submitted,

                    COUNSEL FOR MOHAMMED ABDUL
                    RASHEED QUARAISHI,

                    /s/ John J. Commisso
                    John J. Commisso, Esq. (BBO No. 647002)
                    Kelly, Libby & Hoopes, P.C.
                    175 Federal Street
                    Boston, MA 02110
                    (617) 338-9300

Dated: June 20, 2006

### CERTIFICATE OF SERVICE

    I, John J. Commisso, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by regular mail on June 20, 2006 to those, if any, indicated as non-registered participants.

                    /s/ John J. Commisso