UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
UNITED STATES OF AMERICA              )
                                                                    )
    v.                                                          )    Crim. No. 04-10345-NMG
                                                                    )
MOHAMMED ABDUL RASHEED QURAISHI,  )
MOHAMMED ABDUL QAYIUM QURAISHI,   )
MOHAMMED ABDUL AZIZ QURAISHI,        )
                                                                    )
    Defendants                                            )
_____)

**DEFENDANTS RASHEED QURAISHI AND AZIZ QUARISHI'S
MOTION TO CONTINUE SENTENCING**

    Defendants Mohammed Abdul Rasheed Quraishi and Mohammed Abdul Aziz Quraishi (collectively, the "Defendants") respectfully move that this Honorable Court continue the sentencing hearing for approximately two months, to a date which is convenient to the Court subsequent to February 26, 2007.

    In support whereof, the Defendants state as follows:

    The Defendants are scheduled to appear for a sentencing hearing on December 20, 2006. On November 29, 2006, a third defendant (the Defendants' brother), Mohammed Abdul Qayium Quraishi, filed (under seal) a Motion to Continue Sentencing (Docket No. 105). Qayium Quraishi's motion and the supporting affidavit set forth in detail the grave family circumstances which support the Defendants' request to continue the sentencing hearing. The Defendants assent to and join in Qayium Quraishi's motion.

Accordingly, the Defendants respectfully request that the Court continue the sentencing hearing to a date convenient for the Court but not earlier than February 26, 2007.

Respectfully submitted,

COUNSEL FOR RASHEED QURAISHI,

/s/ John J. Commisso
Frank A. Libby, Jr. (BBO No. 299100)
John J. Commisso (BBO No. 647002)
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
(617) 338-9300

COUNSEL FOR AZIZ QURAISHI,

/s/ Michael J. Connolly
Michael J. Connolly (BBO No. 638811)
Laura B. Angelini (BBO No. 658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000

Dated: December 11, 2006

**CERTIFICATE OF SERVICE**

I, John J. Commisso, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by regular mail to those, if any, indicated as non registered participants.

/s/ John J. Commisso