UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10345-NMG |
| ) | |
| MOHAMMED ABDUL RASHEED QURAISHI, ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI, ) | |
| MOHAMMED ABDUL AZIZ QURAISHI, ) | |
| ) | |
| Defendants ) | |

**ASSENTED-TO MOTION OF DEFENDANT RASHEED QUARAISHI TO
IMPOUND SENTENCING MEMORANDUM**

The defendant Mohammed Abdul Rasheed Quraishi ("Rasheed") moves the Honorable Court for leave to file the accompanying Sentencing Memorandum under seal. Rasheed respectfully requests that the Sentencing Memorandum be filed under seal because it references certain sensitive documents, and matters concerning those documents, that were previously filed under seal with the Court. The Sentencing Memorandum also references sensitive and confidential medical information concerning the defendants' mother.

Rasheed suggests that the impoundment order may be lifted upon the Court's disposition of this action, and all impounded material may be returned to Rasheed's counsel.

The United States, through Assistant U.S. Attorney Aloke Chakravarty, assents to the requested relief.

Accordingly, Rasheed respectfully requests that this Court allow this motion and file the Sentencing Memorandum under seal.

> Respectfully submitted,
>
> MOHAMMED ABDUL RASHEED QURAISHI,
> By his attorneys,
>
> /s/ Frank A. Libby, Jr.
> Frank A. Libby, Jr. (BBO No. 299100)
> John J. Commisso (BBO No. 647002)
> Kelly, Libby & Hoopes, P.C.
> 175 Federal Street
> Boston, MA 02110
> (617) 338-9300

Dated: March 15, 2007

## CERTIFICATE OF SERVICE

I, Frank A. Libby, Jr., certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by regular mail to those, if any, indicated as non registered participants.

> /s/ Frank A. Libby, Jr.