

**KELLY LIBBY & HOOPES**

FRANK A. LIBBY, JR.
Email: falibby@klhboston.com

April 5, 2007

**VIA ECF FILING**

Honorable Nathaniel M. Gorton
U.S. District Judge
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    **United States v. Mohammed Abdul Rasheed Quraishi et al.,**
             **Crim. No. 04-10345-NMG**

Dear Judge Gorton:

    This firm and I represent Defendant Mohammed Abdul Rasheed Quraishi in this matter. This Court held a sentencing hearing on March 30, 2007 and, among other things, ordered Mr. Quraishi committed to the custody of the Bureau of Prisons for seven months.

    I write on Mr. Quraishi's behalf to respectfully request that the Court make a specific recommendation to the Bureau of Prisons that Mr. Quraishi be designated to a facility closest to his wife and two children who live in Schaumburg, Illinois. In particular, we request that the Court recommend a designation to FCI Oxford in the Western District of Wisconsin.

    If you or your Deputy Clerk seek further information, please feel free to contact me at (617) 338-9330. Thank you for your attention to this matter.

                                                      Sincerely,

                                                      Frank A. Libby, Jr.

cc:     Aloke Chakravarty, Assistant U.S. Attorney
        Susan Walls, U.S. Probation Officer
        Michael Connolly, Esq.
        Peter Gelhaar, Esq.
        John J. Commisso, Esq.