UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10345

| United States | Mohammed Quraishi et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Kim West | Jill Brenner Miexel |
| Nadine Pellegrini | Lori Angellini |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Hancock

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 1/3/07 | Participating by telephone is BOP Counsel Michael Frazier and Darren Gott. |
| | Court goes over the current posture of the case up to the current emergency motion to compel enforcement of an order issued by judge Gorton issued on 12/28/07. Court listens to oral arguments from the parties. Court listens to Attorney Frazier from the BOP. Court reads the order it will issue in response to the motion to compel into the record. Court recovenes with AUSA Nadine Pellegrini for the United States. Court orders the government to: (1) fax a copy of the order to Attorney Frazier immediately, (2) purchase the transcript of today's hearing on an expedited basis; and (3) court expects to hear from the US Attorney on behalf of the United States and if the position is different tomorrow than it was on 12/28 the court will want to know why the DOJ is not consistent in its positions. |