UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                       )<br>MOHAMMED ABDUL RASHEED QURAISHI   )<br>MOHAMMED ABDUL QAYIUM QURAISHI, and)<br>MOHAMMED ABDUL AZIZ QURAISHI        )<br>) | CRIMINAL NO. 04-10345-NMG |

NOTICE OF WITHDRAWAL

Now comes the undersigned Assistant United States Attorney and hereby notices her withdrawal in the above-captioned matter.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Kimberly P. West
KIMBERLY P. WEST
Assistant U.S. Attorney

DATED: March 5, 2008